

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00402-CV

ConocoPhillips, Burlington Resources Oil & Gas Co., L.P., and Lois Strieber,
Individually and as Executrix of the Estate of Jerry Strieber
v.
Ralph Wade Koopmann, Karen Marie Koenig, and Lorene H. Koopmann

On appeal from the
24th District Court of De Witt County, Texas
Trial Cause No. 12-07-22,354

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be AFFIRMED IN PART and REVERSED IN PART, and the case should be REMANDED to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellants and against appellees.

We further order this decision certified below for observance.

May 19, 2016